**No. 48002.**—Protests 635028–G, etc., of A. Rosen & Sons, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protests were sustained as to certain of the items.